UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
JON RAPILLO,

                           Plaintiff,

      -against-

VILLAGE OF SAG HARBOR, VILLAGE OF SAG         16 CV 3728
HARBOR POLICE DEPARTMENT, COUNTY OF         (LDW)(AKT)
SUFFOLK, SUFFOLK COUNTY SHERIFF'S OFFICE,
SUFFOLK COUNTY POLICE DEPARTMENT, TOWN
OF SOUTHAMPTON, SOUTHAMPTON TOWN POLICE    NOTICE OF MOTION
DEPARTMENT, DEPUTY SHERIFF BRYAN R.
MALDONADO, DEPUTY SHERIFF RICHARD
PEDIGO, SERGEANT ROBERT F. DRAKE, BAY
CONSTABLE DANIELLE McMANUS, IN THEIR
INDIVIDUAL AND PROFESSIONAL CAPACITIES,

                           Defendants.
---------------------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | Defendants, THE TOWN OF SOUTHAMPTON, TOWN OF SOUTHAMPTON POLICE DEPARTMENT, BAY CONSTABLE DANIELLE McMANUS, VILLAGE OF SAG HARBOR, VILLAGE OF SAG HARBOR POLICE DEPARTMENT AND VILLAGE POLICE SERGEANT ROBERT DRAKE |
| DATE AND TIME RETURNABLE: | Answering papers are to be served pursuant to Federal Rules of Civil Procedure, Rule 6, the rules of the Hon. Judge Wexler, and the briefing schedule so ordered by Judge Wexler on October 11, 2016. |
| PLACE OF HEARING: | United States District Court, Eastern District of New York, located at the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722. |
| SUPPORTING PAPERS: | Declaration by Joshua S. Shteierman, Esq. dated November 3, 2016, pleadings and exhibits and Memorandum of Law in support of the motion to dismiss. |
| RELIEF DEMANDED: | (A) An order granting defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and |

(B) Such other and further relief as this Court deems just and proper.

Dated: Smithtown, New York
       November 3, 2016

Yours, etc.,

DEVITT SPELLMAN BARRETT, LLP
Attorneys for Defendants
THE TOWN OF SOUTHAMPTON, TOWN OF SOUTHAMPTON POLICE DEPARTMENT, BAY CONSTABLE DANIELLE McMANUS, VILLAGE OF SAG HARBOR, VILLAGE OF SAG HARBOR POLICE DEPARTMENT AND VILLAGE POLICE SERGEANT ROBERT DRAKE
50 Route 111, Suite 314
Smithtown, New York 11787
(631) 724-8833


By:_____/S/_____
       JOSHUA S. SHTEIERMAN

TO:
SUBIN ASSOCIATES, LLP
Attorneys for Plaintiff
150 Broadway, 23rd Floor
New York, NY 10038
(212) 285-3800

Dennis M. Brown
Suffolk County Attorney
Attorneys for County Defendants
H. Lee Dennison Building
P.O. Box 6100
100 Veterans Memorial Highway
Hauppauge, NY 11788