

150 Broadway ▪ New York ▪ New York ▪ 10038
TEL. (212) 285-3800 ▪ www.subinlaw.com
Eric D. Subin, Esq. ▪ (646)-797-4643

June 2, 2017

**VIA ECF**
Honorable A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
One Central Islip Plaza
Central Islip, New York 11722-9014

    Re:    Case Name: *Rapillo v. Town of Southampton, et al.*
             Case Number: 16-CV-3728 (LDW)(AKT)

Dear Judge Tomlinson,

    I received your order dated June 1, 2017 directing plaintiff to explain the basis for the amendment to the motion to compel defendants to provide outstanding discovery [57].

    The amendment was filed solely because plaintiff inadvertently omitted the citation for the cited case of *Mays v. Town of Hempstead* in the originally filed motion. The only change, correction or amendment to the motion was to add in "No. CV 10-3998 LDW AKT, 2011 WL 4345164, at *1 (E.D.N.Y Sept. 15, 2011)" on page 3 of plaintiff's motion. Nothing else was added or subtracted or otherwise changed or amended. While the decision cited to from the *Mays* case was issued by Your Honor, plaintiff nonetheless wanted to make sure that it was properly cited and desired only to correct the initial oversight out of an abundance of caution.

    I apologize for any confusion or inconvenience that my initial oversight or desired correction caused to the Court. Thank you very much for your consideration in this matter.

Very truly yours,

/s/
Eric D. Subin, Esq.

**VIA ECF**
**DEVITT SPELLMAN BARRETT, LLP**
**Joshua Shteierman, Esq.**
Attorneys for Village Defendant(s)
VILLAGE OF SAG HARBOR, VILLAGE OF SAG HARBOR
POLICE DEPARTMENT, SGT. ROBERT F. DRAKE, TOWN OF
SOUTHAMPTON, TOWN OF SOUTHAMPTON POLICE DEPARTMENT
and BAY CONSTABLE DANIELLE MCMANUS
50 Route 111
Smithtown, New York 11787
Tel.: (631)724-8833

**VIA ECF**
**DENNIS M. BROWN**
**Kyle Wood, Esq.**
Suffolk County Attorney
Attorneys for Defendant(s)
SUFFOLK COUNTY SHERIFF'S OFFICE, SUFFOLK
COUNTY POLICE DEPARTMENT, DEPUTY SHERIFF
BRYAN MALDONADO AND DEPUTY SHERIFF RICHARD PEDIGO
Post Office Box 6100
100 Veterans Memorial Highway
Hauppauge, New York 11788